IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES E. PIERSOL, III, )<br>)<br>Defendant. ) | Case No: 09-CR-137-C |

ORDER

Based upon the joint motion of the parties, the entire record in the case, and good cause appearing:

IT IS HEREBY ORDERED that the Wisconsin Department of Transportation issue a Wisconsin title for the following vehicle: 2007 Volkswagen Eos, VIN #WVWDA7137V000226, in the name of the lienholder: Metro Credit Union, PO Box 637, Superior, Wisconsin 54880.

DATED: April 20, 2010

_____
BARBARA B. CRABB
U.S. District Judge